73 A.3d 509

LIBERTY HOUSE NURSING HOME OF JERSEY CITY, INC., D/B/A LIBERTY HOUSE NURSING HOME, PLAINTIFF–PETITIONER, v. GRE JERSEY CITY, INC., DEFENDANT–RESPONDENT.

September 11, 2013.

ORDERED that the petition for certification is granted, limited to the following issues: (1) whether an exemption to the certificate

of need requirement under the Health Care Facilities Planning Act, *N.J.S.A* 26:2H–1 et seq., belongs to the tenant who established and operated the exempted nursing home or to the landlord of the property on which the nursing home is operated; and (2) if the exemption belongs to the landlord, whether equity requires the landlord to pay the tenant operator for the value of the established business.